UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| CHARLES EDWARD LAUDANO | : CASE NO. 18-30964-AMN |
| CYNTHIA ANN LAUDANO | : |
|     Debtors. | : |
| | : October 2, 2018 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") objects to the confirmation of the Chapter 13 Plan (ECF #5, "Plan") of the above-captioned Debtor ("Debtor") for the following reason(s):

1. The Debtor has failed to maintain plan payments: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of filing the plan or the case, whichever is earlier. The Debtor filed this case on June 7, 2018 and a Plan (ECF #5, the "Plan") on June 7, 2018. The Debtor should have paid a total of $2,805.00. To date, the Debtor is overdue in the amount of $935.00. Receipt Schedule attached. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan.

2. The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan is feasible or represents the Debtor's best efforts. Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee so that she may perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has not provided:
   a. Payment advices or other evidence of payment received for the six months prior to filing;
   b. Payment advices or other evidence of payment received updated to the time of confirmation;
   c. Federal and State Tax Returns for the last two years prior to filing;

3. The Debtor has failed to provide the Trustee with the documents necessary for her to determine if the Plan complies with 11 U.S.C. § 1325(a)(4), and provides for the distribution to unsecured claims of an amount that is not less than what they would receive in a Chapter 7 liquidation. Sections 521(a)(3) and 521(a)(4) of the Bankruptcy Code require the Debtor to cooperate with the Trustee to allow her to perform her duties under the Code, and to turn over all recorded information relating to property of the estate. The Debtor has failed to provide:
   a. Property valuation for real property.
   b. Bank statements as of the date of filing.

4. <u>The first meeting of creditors pursuant to Section 341 of the Bankruptcy Code has not been</u> concluded because of the Debtor's failure to provide documents listed above.

5. <u>The Debtor's Plan does not conform to the claims filed</u>.

6. <u>The Debtor's Plan does not provide for appropriate interest on a secured claim and</u>, consequently, the proposed distribution under the Plan to this creditor does not reflect a value as of the effective date of the plan that is not less than the allowed amount of the claim. (Midland Funding, LLC and Hospital of St Raphael, listed in the Plan page 2).

7. <u>The Plan's treatment of secured creditors violates Section 1325(a)(5) of the Bankruptcy Code</u>. The Plan provides for various liens to be deemed unsecured, but the Debtor has not filed a motion to determine status or avoid liens. (Midland Funding, LLC and Hospital of St Raphael, listed in the Plan page 2).

8. <u>The Debtor's Plan is not feasible under Section 1325(a)(6) of the Bankruptcy Code.</u>

Wherefore, the Trustee requests that Confirmation of the Plan be denied.

/s/ Roberta Napolitano
Roberta Napolitano tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, Connecticut 06106
Tel: 860-278-9410, ext. 110
Fax: 860-527-6185
rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| CHARLES EDWARD LAUDANO | : CASE NO. 18-30964-AMN |
| CYNTHIA ANN LAUDANO | : |
|     Debtors. | : October 2, 2018 |

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Confirmation

2. **Parties Served Via First Class Mail:**
   Debtor(s):
   CHARLES EDWARD LAUDANO
   CYNTHIA ANN LAUDANO
   145 CENTER STREET
   WEST HAVEN, CT 06516

3. **Parties Served Electronically Include:**
   Debtor's Attorney: MICHAEL J. LUZZI
   Email: mluzzi@dolanluzzilaw.com

   Office of the United States Trustee:
   Kim McCabe, Assistant United States Trustee
   ustpregion02.nh.ecf@usdoj.gov

                                        /s/ Roberta Napolitano
                                        Roberta Napolitano tr08378
                                        Chapter 13 Standing Trustee

Receipts and Refunds through 10/02/2018

Case Number: 1830964
Debtor: LAUDANO, CHARLES EDWARD _CYNTHIA ANN

| Date: | Period | Transaction Type | Source: | Check/MO# | Funds In | Funds Out |
|---|---|---|---|---|---|---|
| 09/12/2018 | 09/2018 | Receipt | Cashier Check | 9145711 | 1,870.00 | 0.00 |
| Paid This Period: 1,870.00 | | | | | 1,870.00 | 0.00 |

Page 1 of 1                                          Date Printed  10/2/2018